### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL A. LEE,** | : | |
| Petitioner | : | |
| | : | No. 1:21-cv-1502 |
| v. | : | |
| | : | (Judge Rambo) |
| **E. BRADLEY,** | : | |
| Respondent | : | |

### ORDER

**AND NOW**, on this 3rd day of November 2021, in accordance with the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **DENIED**; and

2. The Clerk of Court is directed to **CLOSE** the above-captioned case.

s/ Sylvia H. Rambo
United States District Judge